UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY LEBEOUF | CIVIL ACTION |
| VERSUS | NO: 12-2583 |
| BAIN MANNING | SECTION: R(2) |

### AMENDMENT TO ORDER AND REASONS

The Court's Order and Reasons of October 16, 2013,[1] granting the defendant's motion to dismiss, is AMENDED to reflect that the plaintiff's state law claims are dismissed without prejudice.

New Orleans, Louisiana, this __17th__ day of October, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 37.